In the Matter of the application of Leopold ZIRINSKY, for license and admission to practice as an Official Examiner of Title. (Supreme Court, Appellate Division, Second Department. June 23, 1916.) The application is made and the bond is given under chapter 444, Laws of 1908, a law which is repealed. Chapter 52, Laws of 1909, § 460. A bond should not contain erasures and interlineations. A signature made by mark should be witnessed. Application denied, without prejudice to a renewal on satisfactory papers.

———

In the Matter of the Application of Leopold ZIRINSKY, for license and admission to practice as an Official Examiner of Title. (Supreme Court, Appellate Division, Second Department. June 29, 1906.) Application granted upon the approval of the bond by the Presiding Justice. Let the sureties justify before the Presiding Justice on June 30, 1916, at 11 a. m.

———

Joseph ZUBOW, respondent, v. MAIN BUILDING COMPANY, Inc., et al., defendants, and Isaac Levin, appellant. (Supreme Court, Appellate Division, Second Department. June 23, 1916.) Order of the County Court of Kings County modified to the extent of permitting the appellant to serve an amended answer within ten days on payment of $10 costs, and, as so modified, the order is affirmed, without costs. Jenks, P. J., and Thomas, Carr, Mills, and Rich, JJ., concur.

END OF CASES IN VOL. 159

*